IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETTY WENRICH, Administratrix of the ESTATE of CORA SCHNEIDER, Deceased, | : : : : | REMOVED FROM THE COURT OF COMMON PLEAS OF BERKS COUNTY, PENNSYLVANIA |
| Plaintiff | : | CASE NO. 20-15883 |
| V. | : | |
| MANOR CARE OF LAURELDALE PA, LLC d/b/a MANORCARE HEALTH SERVICES - LAURELDALE; MANOR CARE OF LAURELDALE PA; HCR MANORCARE, LLC; MANORCARE HEALTH SERVICES, INC.; MANOR CARE, INC.; HCR MANORCARE, INC.; HCR IV HEALTHCARE, LLC, HCR III HEALTHCARE, LLC; HCR II HEALTHCARE, LLC, HCR HEALTHCARE, LLC; HCRMC OPERATIONS, LLC; HCR MANORCARE OPERATIONS II, LLC; HEARTLAND EMPLOYMENT SERVICES, LLC; HCR MANOR CARE SERVICES, LLC; and PROMEDICA HEALTH SYSTEM, INC. | : | |
| Defendants. | : | |

## DISCLOSURE STATEMENT FORM

The nongovernmental corporate party, <u>Manor Care of Laureldale PA, LLC d/b/a Manor Care Health Services – Laureldale</u>, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

<u>This party's parent corporation and all publicly held corporations owning 10% or more of this party's stock are listed here: HCR III Healthcare, LLC.</u>

    <u>2/22/21</u>　　　　　　　　　　　　　　　*/s/ Michael W. Bootier*
    Date　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　　　Counsel for: <u>Defendants</u>

## CERTIFICATE OF SERVICE

I, Michael W. Bootier, hereby certify that a true and correct copy of the foregoing Disclosure Statement Form of Manor Care of Laureldale PA, LLC was served via electronic mail and regular mail upon the following on February 22, 2021:

Andrei Govorov, Esquire
Denine Moscariello, Esquire
Rosenbaum & Associates, P.C.
1818 Market Street, Suite 3200
Philadelphia, PA 19102
agovorov@rosenbaumfirm.com
dmoscariello@rosenbaumfirm.com
*Counsel for Plaintiff*

Respectfully Submitted:

Date: February 22, 2021    By:    */s/ Michael W. Bootier*
Michael W. Bootier, Esquire
Pa. Identification No. 201639
Eric B. Horst, Esquire
Pa. Identification No. 320972
Buchanan Ingersoll & Rooney PC
50 S 16th Street, Ste. 3200
Philadelphia, PA 19102-2555
(215) 665-8700
(215) 665-8760
michael.bootier@bipc.com
eric.horst@bipc.com
*Attorneys for Defendants*